THE ROBERT S. SMITH CORPORATION, Respondent, *v.*
MEYER KRAUSHAAR et al., Appellants.

(Argued April 26, 1934; decided May 22, 1934.)

660

*Joseph M. Paley, Max Turner* and *Meyer Kraushaar* for appellants.

*John J. Curtin* and *Wesley S. Sawyer* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.